UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIEU MERCI LUBIBA,

          Plaintiff,

   v.

KING COUNTY SUPERIOR COURT, et al.,

          Defendants.

Case No. C25-0799-JNW

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff submitted a Motion for Leave to Proceed *In Forma Pauperis* (IFP) that does not include Plaintiff's signature on the Written Consent for Payment of Costs portion of the form. *See* Dkt. 6 at 2. Plaintiff is directed to submit a completed IFP application, containing signatures on both the IFP and Written Consent portions of the form, within **twenty (20) days** of the date of this Order. **Plaintiff shall submit only the two pages of the form, unaccompanied by any exhibits**. Failure to comply may result in denial of the IFP application.

    DATED this 5th day of May, 2025.

                                              Ravi Subramanian
                                              Clerk of Court

                                            By: Stefanie Prather
                                                Deputy Clerk

MINUTE ORDER - 1