UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIEU MERCI LUBIBA,<br><br>                Plaintiff,<br><br>   v.<br><br>KING COUNTY SUPERIOR COURT, et al.,<br><br>                Defendants. | Case No. C25-0799-JNW<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

      Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's corrected IFP application, Dkts. 6 & 10, is GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B).  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

      Dated this 7th day of May, 2025.

                                                                  S. KATE VAUGHAN<br>                                                   United States Magistrate Judge